**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DIANNE MCENTEE, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 07-00457-EGS |
| ] | Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY,** ] | on April 24, 2007 at 10:00 a.m. |
| ] | |
| **Defendant.** ] | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs DIANNE MCENTEE and WILLIAM MCENTEE in the above-referenced matter.

        Respectfully submitted,

        AARON M. LEVINE & ASSOCIATES

        /s/ Renee L. Robinson-Meyer
        RENEE L. ROBINSON-MEYER, #455375
        1320 19th Street, N.W., Suite 500
        Washington, DC  20036
        202-833-8040
        Fax: 202-833-8046