IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANNE MCENTEE and <br> WILLIAM MCENTEE <br> 21 Lexington Street <br> Watertown, MA 02472 <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY <br> Lilly Corporate Center <br> Indianapolis, IN 46285 <br><br> Defendant. | CIVIL ACTION NO. 01:07-CV-00457-EGS |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: April 12, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Emily J. Laird
Emily J. Laird, DC Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

138866v1

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 12th day of April, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

           /s/ Emily J. Laird
           **ATTORNEY FOR DEFENDANT**
           **ELI LILLY AND COMPANY**

138866v1