UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANNE MCENTEE, *et al.*,<br><br>            Plaintiffs,<br><br>       v.<br><br>ELI LILLY & CO.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-457 (EGS)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of defendant's consent motion to transfer to the District of Massachusetts, and finding that this case satisfies the standards for transfer under 28 U.S.C. § 1404(a), it is by the Court hereby

**ORDERED** that defendant's consent motion to transfer is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **TRANSFERRED** to the United States District Court for the District of Massachusetts.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            June 14, 2007**